UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **DISTY STEELY,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-709-AMM-SGC |
| **WARDEN NEELEY,** | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

The petitioner, Disty Steely, a federal inmate proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. On February 27, 2024, the magistrate judge entered a report recommending the court deny the petition. Doc. 10. Ms. Steely was advised of her right to file written objections to the report and recommendation within fourteen days, but the court has not received any objections or other response from Ms. Steely.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Doc. 10. Consistent with that recommendation, the court finds Ms. Steely's petition is due to be denied.

A final judgment will be entered.

**DONE** and **ORDERED** this 20th day of March, 2024.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE